528

441 A.2d 455

Commonwealth v. Rowe, Appellant.

Submitted April 20, 1981. George Gershenfeld, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Judgment of sentence affirmed.

441 A.2d 455

Commonwealth v. Rozanski, Appellant.

Submitted December 5, 1980. Michael Kleeman, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence is affirmed.

POPOVICH, J., filed a memorandum dissenting statement.